■ In the Matter of ADAMA WELLINGTON, Appellant, v CITY OF NEW YORK et al., Respondents. [998 NYS2d 883]—

Order, Supreme Court, New York County (Geoffrey D. Wright, J.), entered October 8, 2013, which denied the petition to annul respondent's determination, dated July 31, 2012, terminating petitioner's probationary employment, and dismissed the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

Petitioner failed to demonstrate that respondent's termination of her probationary employment was in bad faith (see *Matter of Cortijo v Ward*, 158 AD2d 345 [1st Dept 1990]). Although criminal charges filed against petitioner were dismissed, termination of a probationary employee based on an arrest for criminal charges that were subsequently dismissed does not constitute bad faith (see *Matter of Holmes v Sielaff*, 182 AD2d 557 [1st Dept 1992]; *Oberson v City of New York*, 232 AD2d 172 [1st Dept 1996]). Moreover, the record reflects that petitioner's job performance was considered sub-standard (see *Oberson*, 232 AD2d at 173). Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Degrasse and Manzanet-Daniels, JJ.